**FILED**

09/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0169

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA 22-0169

| | |
|---|---|
| IN RE THE MARRIAGE OF: | ) |
| | ) |
| SYRENA LOUISE DESKINS, f/k/a SYRENA LOUISE ROSE | ) **GRANT OF MOTION FOR** ) **EXTENSION OF TIME** |
| | ) |
| Petitioner and Appellee, | ) |
| | ) |
| and | ) |
| | ) |
| CORY LANE ROSE, | ) |
| | ) |
| Respondent and Appellant. | ) |
| _____ | ) |

Upon motion of Appellant, and good cause appearing there, IT IS HEREBY ORDERED that Appellant shall have up through and including September 30, 2022, in which to file Appellant's Reply Brief herein.

No further extensions will be granted.

DATED this _____ day of _____, 2022.

_____
Clerk of Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 15 2022

- 1 -